**Order entered July 21, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00297-CV

### QUANTA BUILDING GROUP, LLC, AND ALEJANDRO VALLADARES, Appellants

### V.

### MAZON ASSOCIATES, INC., Appellee

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-21-05633**

### ORDER

Before the Court is appellants' July 18, 2022 motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 19, 2022.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE